IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-21120
Conference Calendar
_____


MICHAEL JON STEELE,

                                        Plaintiff-Appellant,

versus

PATRICK JOHNSON, Sgt., ET AL.,

                                        Defendants,

ALVIN WILSON; JOHN HUERMANN;
LEIGH A. BROOKS; KEITH PRICE;
WILLIAM BOOTHE, Captain; NEVA
YARBROUGH, Assistant Warden;
CHARLES GOODWIN, Assistant Warden;
MONROE HOGGART, Major; WESLEY
WARNER, SR., Warden,

                                        Defendants-Appellees.

---------------------

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-93-CV-575
---------------------
February 10, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:*

     Michael Jon Steele, Texas prisoner # 573335, moves this

court for a copy of the trial transcript at government expense,

for unauthorized discovery (the production of documents by the

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

appellees) on appeal, *in forma pauperis* status, the appointment of counsel, to dismiss opposing counsel, and for a writ of mandamus.  None of these motions has merit; they are DENIED.

We DISMISS the appeal on Steele's appellate filings without further briefing.  The appeal is without arguable merit and thus frivolous.  *See* 5TH CIR. R. 42.2; *Clark v. Williams*, 693 F.2d 381, 382 (5th Cir. 1982) (the court may dispose of the appeal on the merits on a motion for IFP).

MOTIONS DENIED; APPEAL DISMISSED.